IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BURNA THARP,** *et al.*                                                                          **PLAINTIFFS**

**v.**                             **4:21-CV-00341-BSM**

**PALCO, INC.**                                                                           **DEFENDANT**

## **ORDER**

Plaintiffs' unopposed motion for voluntary dismissal [Doc. No. 14] is granted, and their claims are dismissed without prejudice. FED. R. CIV. P. 41.

IT IS SO ORDERED this 6th day of April, 2022.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE